UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LUCID MANUFACTURING INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LUCID LLC, and<br>JASON WILSON,<br><br>　　　　　Defendants. | 4:15-CV-04122-KES<br><br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint motion to dismiss (Docket 19), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and without costs to either of the parties.

DATED this 28th day of March, 2017.

　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　/s/ *Karen E. Schreier*
　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE